IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. DNCW3:11CR236 |
| v. ) | (Financial Litigation Unit) |
| ) | |
| DUVE W. MILES. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Pacific Life:

A judgment was entered on October 1, 2012 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, Duve W. Miles, whose last known address is XXXXXXXXXXXXXXX, Houston, Texas 77057, in the amount of $1,473,221.43. The balance owing as of October 1, 2012 is $1,473,021.43.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Pacific Life is commanded to **turn over property** in which Defendant, Duve W. Miles, Social Security Number XXX-XX-8443, has a substantial non-exempt interest, said property being funds located in any and all accounts held, individually or jointly, in the name of Duve W. Miles including, but not limited to, Pacific One Variable Annuity Contract #XXXXXX2791 located at the following address: Pacific Life, 1299 Farnam Street, 6th Floor RSD, Omaha, Nebraska 68102, Attn: Annuity Operations.

**SO ORDERED**.    Signed: October 2, 2012

_____
David S. Cayer
United States Magistrate Judge